IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| BARBARA J. THUMMA, | Civil No. 04-6148-HU |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,293.75, costs in the amount of $185.00, and expenses in the amount of $28.00 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No other fees, costs, or expenses will be awarded.

DATED this 16 day of August, 2005.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

Presented by:

s/ Franco L. Becia
_____
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant